■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBY WILLIAMS, Appellant.—Application by the defendant for a writ of error coram nobis, to vacate an order of this court dated April 13, 1987 *(see, People v Williams,* 129 AD2d 659, *lv denied* 70 NY2d 706), affirming a judgment of the Supreme Court, Kings County (Hutcherson, J.), rendered April 30, 1985.

Ordered that the application is denied.

The defendant asserts that he was denied the effective assistance of appellate counsel because of the failure of assigned counsel to raise certain issues on appeal in accordance with the defendant's instructions. However, counsel had no duty to advance frivolous arguments *(see, Anders v California,* 386 US 738). The defendant here points to no argument that counsel unreasonably failed to advance. Bracken, J. P., Weinstein, Rubin and Harwood, JJ., concur.

■

(August 24, 1988)

■ In the Matter of ELIZABETH BOND et al., Appellants, v DAVID R. MILLER et al., Respondents.—In a proceeding to invalidate a petition designating David R. Miller as a candidate in the Democratic Party primary election to be held on September 15, 1988, for the public office of Member of the Assembly of the 55th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County (Hutcherson, J.), dated August 10, 1988, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements *(see, Matter of Boyland v Miller,* 143 AD2d 234 [decided herewith]). Bracken, J. P., Rubin, Spatt, Harwood and Balletta, JJ., concur.